ACCEPTED
01-14-00317-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 3:59:49 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00317-CV

IN THE COURT OF APPEALS FOR THE
FIRST DISTRICT COURT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 3:59:49 PM
CHRISTOPHER A. PRINE
Clerk

_____

PELCO CONSTRUCTION CO.

V.

CHAMBERS COUNTY, TEXAS
_____

On Appeal from the 344th Judicial District Court
Chambers County, Texas
Trial Cause No. CV26356
_____

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO APPELLANT'S MOTION FOR REHEARING
_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellee Chambers County, Texas ("Appellee") files this *Unopposed Motion for Extension of Time to file Response to Appellant's Motion for Rehearing* pursuant to Texas Rule of Appellate Procedure 10.5 and in support thereof, Appellee respectfully shows the Court as follows:

## I.
## DUE DATE

The deadline for filing Appellee's Response to Appellant's Motion for Rehearing is January 8, 2015. No previous extension has been sought by Appellee.

1

Appellee seeks an additional seventeen (17) days until January 25, 2015 to file his Motion for Rehearing.

## II.
## REASONS FOR EXTENSION OF TIME

Appellee's counsel will be out of town for the holidays beginning December 21, 2015 and will not return until January 4, 2016.

## III.
## EXTENSION SOUGHT IN THE INTEREST OF JUSTICE

The extension sought is not for the purpose of delay, but rather, in the interest of justice and to allow Appellee proper time to fully brief the issues to the Court.

## IV.
## APPELLANT DOES AGREE TO THIS REQUEST

Counsel for Appellant, Daryl Moore agrees to this Motion for Extension of Time. Please see Certificate of Conference.

## V.
## PRAYER FOR EXTENSION

Therefore, Appellee requests an extension of time of seventeen (17) days, until January 25, 2015, to file its response to appellant's motion for rehearing. Appellee does not seek this extension for the purposes of delay. Instead, Appellee seeks this relief to be able to fully brief the issues.

WHEREFORE, PREMISES CONSIDERED, Appellee prays that the Court grant an extension of time to file the motion for rehearing until January 25, 2015.

Respectfully submitted,

ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile

*/s/ Robert L. Florance, IV*
Nathan M. Brandimarte
State Bar No. 24026915
nmb@obt.com
James H. Chesnutt II
State Bar No. 04187500
jhc@obt.com
Robert L. Florance, IV
State Bar No. 24087520
rflorance@obt.com

ATTORNEYS FOR APPELLEE
CHAMBERS COUNTY, TEXAS

## CERTIFICATE OF CONFERENCE

I certify that I conferred with opposing counsel for Appellant to determine whether it opposes this request. The Appellant does not oppose this motion.

*/s/ Robert L. Florance, IV*
Robert L. Florance, IV

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record on this the 18th day of December, 2015.

*Served via E-Service*
Mr. Daryl L. Moore (14324720)
DARYL L. MOORE, P.C.
1005 Heights Boulevard
Houston, TX 77008
(713) 529-0048
FAX: (713) 529-2498
EMAIL: daryl@heightslaw.com

*Served via E-Service*
Robert E. Booth
Mills Shirley LLP
2228 Mechanic St., Ste 400
PO Box 1943 (77553)
Galveston, Texas 77550
Direct: 409.761.4001
Fax: 409.763.2879
Email: rbooth@millsshirley.com

*Served via E-Service*
John Chris Juravich
Attorney at Law
Bar No. 11058700
9801 Westheimer, Suite 302
Houston, Texas 77042
Telephone: (713) 917-6810
Facsimile: (713) 588-8442
Email: jcjuravich@aol.com

*/s/ Robert L. Florance, IV*
Robert L. Florance, IV